# Court of Appeals
# of the State of Georgia

ATLANTA,  July 29, 2025

*The Court of Appeals hereby passes the following order:*

**A25A2144. IN THE INTEREST OF J. S., A CHILD.**

This appeal was docketed on July 1, 2025. Appellant's brief was due 20 days later, on July 21, 2025. Appellant failed to file a brief by the deadline and never asked for an extension of time to file the brief. Accordingly, appellant's appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/29/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*